

COUNSELORS AT LAW

110 ALLEN ROAD, SUITE 208
BASKING RIDGE, NEW JERSEY 07920
TELEPHONE:   (908) 605-2120
FACSIMILE:   (908) 605-2121

570 LEXINGTON AVENUE, 8TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE:   (212) 490-0988
FACSIMILE:   (212) 490-0287

WRITER'S EMAIL ADDRESS
JVREPPERT@RKVFIRM.COM

May 10, 2023

**Via ECF Only**

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4B South
Brooklyn, New York 11201

> Re:   9215-5498 Quebec, Inc. d/b/a NRG Global Sourcing, Inc.
>          v. CovCare, Inc., et al
>          United States District Court for the Eastern District of New York
>          Case No. 1:21-cv-05376-DG/ VMS

Dear Magistrate Judge Scanlon:

     We represent the Plaintiff, 9215-5498 Quebec, Inc. d/b/a NRG Global Sourcing, Inc. ("NRG"), in the above-referenced action.  This matter is presently scheduled for a status conference before Your Honor on May 23, 2023 at 11:00 a.m.

     I have been reaching out to defense counsel, both by phone and email, as we were attempting to finalize the preliminary terms of settlement.  To date, I am unable to report anything substantial to the Court in view of counsels' inability to communicate; however, I wish to inform the status of this action to the Court.   I have been following up on a regular basis.  Thank you very much.

                                  Respectfully submitted,

                                     *s/J. Vincent Reppert*

                                    J. Vincent Reppert

JVR/jb