

Robert Garson
20803 Biscayne Blvd., 4th Floor
Aventura, FL 33180
E: rg@gs2law.com
P: +1.305-780-5212

December 19, 2023

**Via ECF Only**

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza, East Courtroom 4B South
Brooklyn, New York 11201

    **RE:**    9215-5498 QUEBEC, INC. d/b/a NRG GLOBAL SOURCING, INC. ("Plaintiff") v. COVCARE, INC., WOOTER APPAREL INC., ALEX ALEKSANDROVSKI, DAVID KLEYMAN, et al. ("Defendants").
            **Case No. 1:21-cv-05376**

Dear Judge Scanlon,

    We represent the Defendants in the referenced matter. As noted in correspondence filed with the Court on November 17, 2023, the parties reached a settlement in the referenced action. [D.E. 62]. Thereafter, on November 20, 2023, Your Honor stayed this matter through December 20, 2023, pending the preparation of the final settlement agreement and filing of the necessary closing papers. In accordance with said order, the parties have been working towards finalizing the settlement agreement; however, due to the press of other matters and the Defendants' scheduling and travel arrangements, the Defendants respectfully request that the Court extend the current stay by ten (10) days through December 29, 2023 to allow for submission of the fully executed agreement. Counsel for the Plaintiffs do not object to the relief requested herein.

    Thank you very much for your courtesy. If we may be of any assistance to the Court, please do not hesitate to let us know.

Respectfully submitted,

Robert Garson

cc:    Counsel of Record (Via ECF)